UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:11-CV-242-F

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of UNITED RENTALS (NORTH AMERICA), INC.<br>    Plaintiff,<br><br>vs.<br><br>TRINITY PIPING & MECHANICAL, INC.; METCON, INC. d/b/a PORTER-METCON; PORTER SCIENTIFIC, INC. d/b/a PORTER-METCON; LIBERTY MUTUAL INSURANCE COMPANY;<br>    Defendants | CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT TRINITY PIPING & MECHANICAL, INC. |

Upon motion for entry of default filed by counsel for Plaintiff and because Defendant Trinity Piping & Mechanical, Inc. has failed to appear, plead, or otherwise defend, default is entered Defendant Trinity Piping & Mechanical, Inc. as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

DATED: July 13, 2011

_____
Clerk, United States District Court, EDNC