UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-242-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use of UNITED RENTALS (NORTH AMERICA), INC., Plaintiff, | ) ) ) ) | |
| v. | ) ) | ORDER |
| TRINITY PIPING & MECHANICAL, INC.; METCON, INC., d/b/a PORTER-METCON; PORTER SCIENTIFIC, INC., d/b/a PORTER-METCON; LIBERTY MUTUAL INSURANCE COMPANY, Defendants. | ) ) ) ) ) ) | |

This matter is before the court on motion [DE-17] of the plaintiff for default judgment as against defendant Trinity Piping & Mechanical, Inc. ("Trinity"). The record reveals that Trinity was served with process on or about May 18, 2011, *see* Affidavit of Service (DE-5), and that Trinity has not responded by Answer or otherwise. Entry of Default as to Trinity was made by the Clerk on July 14, 2011 [DE-15].

As Trinity has failed to plead or otherwise defend in this action and default has been entered, the court finds upon motion by the plaintiff [DE-17] supported by the Affidavit of Account [DE-18], that Trinity is indebted to the plaintiff in the amount of Twenty Thousand Seven Hundred Fifty-Four and 23/100 Dollars ($20,754.23), plus interest at 1 ½ % per month (18% per annum) from December 20, 2010, until the date of judgment and thereafter at the legal rate until paid in full; reasonable attorney's fees in the sum of Three Thousand One Hundred Thirteen and 13/100 Dollars ($3,113.13) constituting 15% of the outstanding balance; and costs of this action, over and above all credits, setoffs, payments or counterclaims, that Trinity has been defaulted for failure to appear.

IT THEREFORE IS ORDERED that the plaintiff, United States of America, for the use of United Rentals (North America), Inc., shall recover judgment against Trinity Piping & Mechanical, Inc., in the amount of Twenty Thousand Seven Hundred Fifty-Four and 23/100 Dollars ($20,754.23), plus interest at 1 ½ % per month (18% per annum) from December 20, 2010, until the date of judgment, and thereafter at the legal rate until paid in full; reasonable attorney's fees in the sum of Three Thousand One Hundred Thirteen and 13/100 Dollars ($3,113.13) constituting 15% of the outstanding balance; and costs of this action, over and above all credits, setoffs, payments or counterclaims. The Clerk of Court is DIRECTED to cause Judgment to be entered accordingly.

SO ORDERED.

This the 16th day of August, 2011.

_____
JAMES C. FOX
Senior United States District Judge