# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>TRINITY PIPING & MECHANICAL, INC., et al.,<br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:11-CV-242-F** |

**Decision by Court.**

    **IT IS ORDERED AND ADJUDGED** that the plaintiff, United States of America, for the use of United Rentals (North America), Inc., shall recover judgment against Trinity Piping & Mechanical, Inc., in the amount of Twenty Thousand Seven Hundred Fifty-Four and 23/100 Dollars ($20,754.23), plus interest at 1 ½% per month (18% per annum) from December 20, 2010, until the date of judgment, and thereafter at the legal rate until paid in full; reasonable attorney's fees in the sum of Three Thousand One Hundred Thirteen and 13/100 Dollars ($3,113.13) constituting 15% of the outstanding balance; and costs of this action, over and above all credits, setoffs, payments or counterclaims.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 17, 2011**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Jay M. Wilkerson (via CM/ECF Notice of Electronic Filing)

Cody R. Loughridge (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| <u>August 17, 2011</u> | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | <u>/s/ Susan K. Edwards</u> |
| | *(By) Deputy Clerk* |
| | *Wilmington, NC* |

Page 1 of 1
Case 5:11-cv-00242-F   Document 22   Filed 08/17/11   Page 1 of 1